# IN THE MISSOURI COURT OF APPEALS
## MARCH 18, 2014
### WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------------

**None**




**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------------

**WD75451      State of Missouri vs. William Othel Lane**

**WD75862      State of Missouri vs. Steven T. Pyykola**